IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV245

| | |
|---|---|
| JEFFREY GRANT JAMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> CITY OF ASHEVILLE, NORTH ) <br> CAROLINA, and COUNTY OF ) <br> BUNCOMBE, NORTH CAROLINA, ) <br> ) <br> Defendants. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's non-compliance with the Court's last order filed July 12, 2005, denying his request to proceed in *forma pauperis* and requiring the Plaintiff pay the required filing fees within 20 days from entry of the Order.

The deadline for paying the fees was August 1, 2005; to date, the Plaintiff has failed to pay the required filing fees.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for failure to pay the required filing fees.

**Signed: August 11, 2005**

Lacy H. Thornburg
United States District Judge